IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TILL METRO ENTERTAINMENT, d/b/a The Vanguard, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>COVINGTON SPECIALTY INSURANCE COMPANY, a New Hampshire Stock Company,<br><br>    Defendant. | Case No. 20-CV-255-GKF-JFJ |

## JUDGMENT

Pursuant to the court's order dated June 28, 2021 granting judgment on the pleadings to defendant, it is hereby ordered that plaintiff recover nothing, and that the action be dismissed with prejudice.

ENTERED this 28th day of June, 2021.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE